# UNITED STATES DISTRICT COURT

SEALED

for the

District of Oregon

ORIGINAL

U.S. MARSHALS SERVICE
JAN 23 2025 11:35

FILED28 JAN '25 17:00USDC-ORP

DEC 11 2024 15:35
U.S. MARSHALS SERVICE

United States of America
v.
PATRICK ALLAN YEAGER SNELL

Defendant

Case No. 3:24-cr-450-AN

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* PATRICK ALLAN YEAGER SNELL, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Aiming a Laser Pointer at an Aircraft

**Date:** **12/10/2024**

s/G. Davis
*Issuing officer's signature*

**City and State:** **Portland, OR**

**G. Davis, Deputy Clerk**
*Printed name and title*

**Return**

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________
at *(city and state)* ________.

Date: 01/23/2025

[signature]
*Arresting officer's signature*

Jake Hyde TFO
*Printed name and title*